85 F.3d 611
 1996-1 Trade Cases P 71,421
 Timothy Durkin, John Durkin, Nicholas Bonelli
v.
Major League Baseball, National Football League, National
Basketball Association, National Hockey League, Columbia
Broacasting System, Inc., American Broadcasting Companies,
Inc., National Broadcasting Company, Inc., ESPN Sports
Network, Inc., Turner Broadcasting System, Inc., Fox
Broadcasting, Inc.
 NO. 95-1687
 United States Court of Appeals,
Third Circuit.
 Apr 30, 1996
 Appeal From: E.D.Pa., No. 94-05315
 
 1
 AFFIRMED.